```
         FILED
       07 NOV 14 PM 3:51
     CLERK, U.S. DISTRICT COURT
   SOUTHERN DISTRICT OF CALIFORNIA

     BY:  ⟨sig⟩        DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. **'07 CR 3110 JM** |
| Plaintiff, ) | |
| ) | **I N D I C T M E N T** |
| v. ) | |
| ) | Title 18, U.S.C., Secs. 111(a)(1) and (b) - Assault on a Federal Officer (Felony); Title 8, U.S.C., Sec. 1324(a)(1)(A)(iii) - Harboring Illegal Aliens |
| JOSE ALFONSO TORRES, ) | |
| Defendant. ) | |

The grand jury charges:

Count 1

On or about October 18, 2007, within the Southern District of California, defendant JOSE ALFONSO TORRES did knowingly and intentionally and forcibly assault, resist, oppose, impede, and interfere with a person named in Title 18, United States Code, Section 1114, namely, Department of Homeland Security, United States Border Patrol Agent J.E. Kirby, while Agent Kirby was engaged in the performance of his official duties, and in committing such offense, in that defendant, in an effort to resist arrest, slammed the door on Agent Kirby's forehead, and did thereby inflict bodily injury upon Agent Kirby; in violation of Title 18, United States Code, Sections 111(a)(1) and (b), a felony.

CEM:em(2):Imperial
11/14/07

                                Count 2

On or about October 18, 2007, within the Southern District of California, defendant JOSE ALFONSO TORRES, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jose Filommeno, had come to, entered and remained in the United States in violation of law, did conceal, harbor and shield from detection and attempt to conceal, harbor and shield from detection such alien in a building located at 739 Encinas Avenue, Calexico, California; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

DATED: November 14, 2007.

A TRUE BILL:

/s/
Foreperson

KAREN P. HEWITT
United States Attorney

By: /s/
CALEB E. MASON
Assistant U.S. Attorney