1　KAREN P. HEWITT
　　United States Attorney
2　CALEB E. MASON
　　Assistant United States Attorney
3　California State Bar No. 246653
　　United States Attorney's Office
4　880 Front Street, Room 6293
　　San Diego, California 92101-8893
5　Telephone: (619) 557-5956
　　Facsimile: (619) 235-2757
6　Email: caleb.mason@usdoj.gov

7　Attorneys for Plaintiff
　　United States of America

8

9

10

11

12

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 07cr3110JM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| v. | ) | |
| JOSE ALFONSO TORRES, | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name

None.

1        Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

2    <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic

3    "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

4    association):

5        <u>Name</u>

6        None.

7

8        Please call me at the above-listed number if you have any questions about this notice.

9        DATED: November 23, 2007.

                                        Respectfully submitted,

10

                                        KAREN P. HEWITT

11                                            United States Attorney

12                                          /s/ *Caleb E. Mason*

13                                            CALEB E. MASON

14                                            Assistant United States Attorney

15

16

17

18

19

20

21

22

23

24

25

26

27

28    Notice of Appearance
United States v. Torres    2    07cr 3110JM

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07cr 3110JM |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| JOSE ALFONSO TORRES, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Caleb Mason, am a citizen of the United States and am at least eighteen years of age.  My

business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of the Notice of Appearance

as lead counsel for the United States, dated November 23, 2007, and this Certificate of Service,

dated November 23, 2007, on the following parties by electronically filing the foregoing with the

Clerk of the District Court using its ECF System, which electronically notifies them:


Michael Burke, Esq.
105 W. F St. 4th Fl.
San Diego, CA 92101
*Attorney for defendant*


I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 23, 2007.


/s/ *Caleb E. Mason*
CALEB E. MASON
Assistant United States Attorney