```
AL SMITHSON, Esq.
830 23rd Street
San Diego, California 92102

(619) 234-8729

Attorney State Bar No. 51611

Attorney for Material Witness:
JOSE FILOMMENO
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(Honorable BARBARA L. MAJOR)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>JOSE ALFONSO TORRES,<br><br>     Defendant. | CRIMINAL CASE   07CR3110-JM<br>MAGISTRATE CASE 07MJ8857-PCL<br>   DATE: December 13, 2007<br>   TIME: 10:30 A.M.<br><br>NOTICE OF MOTION<br>AND MOTION FOR ORDER<br>SETTING VIDEO DEPOSITION<br>OF MATERIAL WITNESS<br>JOSE FILOMMENO |

TO: ALL NAMED PARTIES AND THEIR ATTORNEYS and ASSISTANT UNITED STATES ATTORNEY, Attorney for Plaintiff, THE UNITED STATES.

PLEASE TAKE NOTICE that on Thursday, December 13, 2007 at 10:30 A.M. in the Courtroom of the Honorable BARBARA L. MAJOR, or as soon thereafter as counsel may be heard, the material witness, JOSE FILOMMENO, by and through counsel, AL SMITHSON,  will bring the above entitled motion.

**MOTION**

The material witness, JOSE FILOMMENO, by and through counsel, AL SMITHSON, and pursuant to Rule 15(a) of the Federal

1  Rules of Criminal Procedure, and pursuant to 18 U.S.C. Section 3144,
2  moves for an order to secure a video deposition of his testimony
3  pending trial, and for an Order for release from custody immediately
4  thereafter.
5      This motion will be made on the grounds that the witness is
6  unable to meet any condition of release and that his testimony can
7  be adequately secured by deposition and that detention is not
8  necessary to prevent a failure of justice and that further detention
9  imposes a severe hardship on the witness and his family.
10     This motion will be based upon the Declaration of Attorney AL
11 SMITHSON, the Memorandum of Points and Authorities in support of
12 this motion, and all documents and records on file herein, and upon
13 such oral testimony as the Court may deem proper.

15 DATED: November 26, 2007

17                              /s/ Al Smithson
                                 AL SMITHSON, Attorney for
                                 JOSE FILOMMENO