1 | AL SMITHSON, Esq.
830 23rd Street
2 | San Diego, California 92102

3 | (619) 234-8729

4 | Attorney State Bar No. 51611

5 | Attorney for Material Witness:
JOSE FILOMMENO

6

7

8 | UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
9 | (Honorable BARBARA J.MAJOR)

10 | UNITED STATES OF AMERICA,          )  CRIMINAL CASE    07CR3110-JM
                                     )  MAGISTRATE CASE 07MJ8857-PCL
11 |                                  )      DATE: December 13, 2007
                                     )      TIME: 10:30 A.M.
12 |            Plaintiff,            )
                                     )
13 | v.                               )
                                     )
14 | JOSE ALFONSO TORRES              )      PROOF OF SERVICE
                                     )
15 |                                  )
                                     )
16 |            Defendant.            )
    _____)

17

18 |                               I.

19 |                          INTRODUCTION

20 |      I, the undersigned, state:

21 |      That I am over eighteen years of age, a resident of the County

22 | of San Diego, State of California, and not a party in the within

23 | action;

24 |      That my business address is: 830 23rd Street, San Diego,

25 | California 92102;

26 |      That I served the NOTICE OF MOTION and MOTION FOR VIDEOTAPE

27 | DEPOSITION OF MATERIAL WITNESS; DECLARATION OF ATTORNEY IN SUPPORT

28 | OF MOTION FOR VIDEOTAPE DEPOSITION OF MATERIAL WITNESS;

1  MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF   MOTION FOR

2  SETTING VIDEOTAPE DEPOSITION OF MATERIAL WITNESS and the Proposed

3  Order on counsel involved in this matter. These documents have been

4  served on counsel of record and the AUSA via the Court's email

5  notification system.

6      I certify under penalty of perjury that the foregoing is true

7  and correct.   Executed on November 26, 2007, at San Diego,

8  California.

9

10              /s/ Al Smithson
                    AL SMITHSON, Attorney
11                  For Material Witness

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28