1  Michael Edmund Burke
   Attorney at Law
2  CSB #98925
   105 West F Street, 4th Floor
3  San Diego, CA 92101
   Telephone:(619) 234-2503
4
   Attorneys for Defendant, JOSE ALFONSO TORRES
5

6

7              UNITED STATES DISTRICT COURT

8              SOUTHERN DISTRICT OF CALIFORNIA

9              (HONORABLE JEFFREY T. MILLER)

10
   | UNITED STATES OF AMERICA, | ) | Case No.: 07-CR-3110-JM |
11 |                           | ) |                         |
   | Plaintiff,                | ) | Date: 12/7/07           |
12 |                           | ) | Time: 11:00 a.m.        |
   | v.                        | ) |                         |
13 |                           | ) | NOTICE OF MOTIONS AND   |
   | JOSE ALFONSO TORRES,      | ) | MOTIONS TO:             |
14 |                           | ) |                         |
   | Defendant.                | ) | 1) COMPEL DISCOVERY; AND|
15 |                           | ) | 2) GRANT LEAVE TO FILE  |
   |                           | ) | FURTHER MOTIONS         |
16 |                           | ) |                         |
   |                           | ) |                         |
17 | _____  | ) |                         |

18     TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY,
             CALEB E. MASON, ASSISTANT UNITED STATES ATTORNEY,
19           LUELLA M. CALDITO, ASSISTANT UNITED STATES ATTORNEY.

20     PLEASE TAKE NOTICE that on Friday, December 7, 2007, before the

21 Honorable Jeffrey T. Miller, at 11:00 a.m., or as soon thereafter as counsel may be

22 heard, the defendant, JOSE ALFONSO TORRES, by and through counsel, Michael

23 Edmund Burke, will ask this Court to issue an order granting the motions listed

24 below.

25 //

26 //

27 //

28 //

## MOTIONS

The defendant, JOSE ALFONSO TORRES by and through counsel, Michael Edmund Burke, asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes and local rules for an order to:

1) Compel Discovery; and

2) Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

          Respectfully submitted,

          s/Michael Edmund Burke

Dated: 11-25-07

Michael Edmund Burke,
Attorney for Defendant,
JOSE ALFONSO TORRES

**CERTIFICATE OF SERVICE**

I, Michael Edmund Burke, hereby certify to the best of my information and belief that by having e-filed the "NOTICE OF MOTIONS AND MOTIONS TO 1) COMPEL DISCOVERY, AND 2) GRANT LEAVE TO FILE FURTHER MOTIONS" and "MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTIONS."   I have caused a copy of each to have been served via electronic mail upon each of the following:

Luella Mendoza Caldito Luella.Caldito@usdoj.gov, Diana.Ortiz@usdoj.gov, efile.dkt.gc1@usdoj.gov

Caleb E. Mason caleb.mason@usdoj.gov, efile.dkt.gc1@usdoj.gov, yvette.reyes@usdoj.gov

U S Attorney CR Efile.dkt.gc2@usdoj.gov

s/Michael Edmund Burke

Dated: 11-26-07

Michael Edmund Burke,
Attorney for JOSE ALFONSO TORRES