FILED

DEC 1 9 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                             DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3110-JM |
|---|---|---|
| Plaintiff, | ) | **SUPERSEDING** <br> **I N F O R M A T I O N** |
| v. | ) | Title 18, U.S.C., Sec. 111 - Assault on a Federal Officer (Misdemeanor) |
| JOSE ALFONSO TORRES, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about October 18, 2007, within the Southern District of California, defendant JOSE ALFONSO TORRES did knowingly and intentionally assault, resist, oppose, impede, and interfere with a person named in Title 18, United States Code, Section 1114, to wit, Department of Homeland Security, Border Patrol Agent J.E. Kirby, while Agent Kirby was engaged in the performance of his official duties, and in committing such offense, defendant, in an effort to resist arrest, slammed the door on Agent Kirby's forehead, in violation of Title 18, United States Code, Section 111(a)(1), a misdemeanor.

DATED: December 19, 2007.

KAREN P. HEWITT
United States Attorney

LUELLA M. CALDITO
Assistant U.S. Attorney