UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA



FILED

DEC 1 9 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

Complaint No. _____

Indictment / Information No. 07-CR-3110-JM

UNITED STATES OF AMERICA

vs.

JOSE ALFONSO TORRES

CONSENT TO BE TRIED BY
A U.S. MAGISTRATE JUDGE

The undersigned defendant charged with
Title 18, U.S.C., Sec. 111(a)(1)-Assault on a Federal Officer (Misdemeanor)

a misdemeanor against the laws of the United States in the Southern District of California appearing before HON. WILLIAM McCURINE, JR, United States Magistrate Judge who has fully apprised the defendant of the right to elect to trial, judgment and sentencing by a District Judge of the United States District Court, which has jurisdiction of the offense, and explained the consequences of this consent, does hereby consent to be tried before the Magistrate Judge on the charge hereinbefore stated, as authorized by Section 3401 of Title 18 of the United States Code and waives trial, judgment and sentencing by a District Judge.

The undersigned defendant, having been fully advised as to the rights of an accused under the Constitution and laws to a speedy and public trial by jury, does hereby waived the right to trial by jury and requests the Court to try all charges in the case without a jury.

Yes _JT_ No ____ (Initial One)

Dated: 12-17-07

_____ Witness
Michael R. Burke

_____ Defendant

K:\COMMON\CSA\forms\2005\consent_misd.wpd