## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )
)
            Plaintiff            )
)
vs.                                      )
)
Jose Alfonso Torres                      )
)
)
            Defendant(s)    )
)

CRIMINAL NO. 07cr 3110-JM

ORDER

RELEASING MATERIAL WITNESS

Booking No. 73701198

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:    (Bond Posted / Case Disposed / Order of Court).

Jose Filomeno Yah-Colli  #01664298

DATED: 12/19/07

RECEIVED _____ /DUSM

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR    Clerk

by _____

Deputy Clerk

☆ U.S. GPO: 2003-581-774/70082