FILED
08 JAN -4 AM 11: 27
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___PDV___ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )   Case No. 07CR3110-JM
                                 )
         v.                      )   JUDGMENT AND COMMITMENT
                                 )
JOSE ALFONSO TORRES              )   MICHAEL E. BURKE
                                 )   Defendant's Attorney
                                 )

REGISTRATION NO. 73701198

VIOLATION: 18 USC 111 - ASSAULT ON A FEDERAL OFFICER

_x_ Defendant pleaded guilty to count ONE (1) OF THE SUPERSEDING INFORMATION
_x_ Count(s) _1 AND 2_ dismissed on the government's oral motion.

## JUDGMENT AND COMMITMENT

_x_ Defendant is adjudged guilty on count ONE (1) OF THE SUPERSEDING INFORMATION

The defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of
ONE (1) YEAR

_x_ SUPERVISED Release for a term of ONE (1) YEAR
on the following conditions:
_x_ obey all laws, Federal, State and Municipal
_x_ comply with all lawful rules and regulations of the probation department
___ not possess any narcotic drug or controlled substance without a lawful medical prescription
_x_ not transport, harbor or assist undocumented aliens
___ not reenter the United States illegally
___ not possess any firearm, destructive device or any other dangerous weapon
___ submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter,
    as directed by the probation officer
___ the court waives the mandatory drug testing condition based on the court's determination that the defendant poses
    a low risk of future substance abuse.
_x_ Penalty assessment of $ 25.00
_x_ Fine waived        ___ Fine of $

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

IT IS ORDERED that the Clerk deliver a certified copy of this judgment and commitment to the United States Marshal or other qualified officer and that the copy serve as the commitment of the defendant.

DECEMBER 19, 2007
Date of Imposition of Sentence

*[signature]*
WILLIAM MCCURINE, JR.
UNITED STATES MAGISTRATE JUDGE
Entered on: